IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> ANA T FIGUEROA ROMAN <br><br> Debtor(s) <br> ALEJANDRO OLIVERAS RIVERA <br> Plaintiff(s) <br> vs <br> ANA T FIGUEROA ROMAN <br> NOMAR ANDRE TORRES LABOY <br> JOHN DOE <br> JANE DOE <br> ABC INSURANCE COMPANY <br><br> Defendant(s) | CASE NO. 19-03969-EAG13 <br> Chapter 13 <br><br> ADVERSARY NUMBER: 21-00047-EAG <br><br><br> FILED & ENTERED ON OCT/01/2021 |

NOTICE RESCHEDULING HEARING

The initial scheduling conference set for October 26, 2021, at 1:30PM will now be held on October 26, 2021, at 2:00PM via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1 day of October, 2021.

Maria de los Angeles Gonzalez, Esq.
Clerk of the Court

María Elena Pintado Espiet
Deputy Clerk