IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ANA T FIGUEROA ROMAN | CASE NO. 19-03969 EAG<br><br>CHAPTER 13 |
| Alejandro Oliveras-Rivera,<br>Standing Chapter 13 Trustee<br>for the estate of<br>ANA T FIGUEROA ROMAN<br><br>    PLAINTIFF<br><br>      Vs.<br><br>Nomar Andre Torres Laboy<br>Ana T. Figueroa Roman<br>    DEFENDANTS | ADVERSARY NO. 21-00047<br><br>AVOIDANCE OF FRAUDULENT<br>TRANSFER UNDER SECTION 548 |

**PLAINTIFFS' MOTION IN COMPLIANCE WITH COURT ORDER**

TO THE HONORABLE COURT:

**COMES NOW**, Plaintiff, Alejandro Oliveras Rivera, by and through the undersigned attorney and very respectfully, **ALLEGES, STATES and PRAYS** as follows:

1. On October 26, 2021, this Honorable Court entered a scheduling Order at docket 40, wherein in its pertinent, the Court noticed and ordered the following:

> **[In reviewing the record after the initial scheduling conference, the court realized that the plaintiff had filed a certificate of service showing he had sent via certified mail—return receipt requested—copy of the complaint with its exhibits and summons to debtor Ana T. Figueroa Roman and her attorney in the main chapter 13 case, Ignacio Garcia Franco. Docket number 7. Issuance and service of new summons are not necessary if the plaintiff submits to the court the signed certified mail receipts.]**

2. As it pertains to the aforementioned pertinent portion of the Order, the undersigned hereby informs that, indeed, co-defendant was served with copy of the complainant and summons as realized and promptly raised by the Court.

3. In compliance with Court Order at docket 40, the undersigned attorney hereby submits copy of the certified mail receipt in our possession which correlates with the certificate of service filed on May 10, 2021 at docket 7 and corroborates that co-defendant received copy of the summons and complaint sent to her on April 29, 2021.



4. Furthermore, in compliance with the Court Order at docket 40, the undersigned attorney hereby submits copy of the certified mail receipt in our possession which correlates with the certificate of service filed on May 10, 2021 at docket 7 and corroborates that counsel for debtor received copy of the complaint which was sent to him on April 29, 2021.



**WHEREFORE,** it is respectfully requested from this Honorable Court to be informed of the above stated, deemed the Order complied with and enter the orders it deems appropriate and necessary.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date this document has been served to debtor(s), by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: **Defendant, Nomar A. Torres Laboy at his mailing address Urb. Villa del Carmen J-24, Calle Arecibo, Caguas, Puerto Rico 00725** and **defendant/debtor Ana T. Figueroa Roman at PO BOX 411, Guaynabo, Puerto Rico 00970.** Also, the following were sent notice through the court's CM/ECF electronic mail system: Debtor's attorney and to the Assistant United States Trustee, Monsita Lecaroz, Esq.

In San Juan, Puerto Rico, this 8th day of November 2021.

s/**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: **/s/PEDRO R. MEDINA HERNANDEZ**
PEDRO R. MEDINA HERNANDEZ
Staff Attorney
USDC-PR # 226614